Name: Joseph A. Sledge
Prison Number: 642498
Place of confinement: Goose Creek Correctional Center
Mailing address: 22301 W Alsop rd.
City, State, Zip: Wasilla, Alaska 99623-99621
Telephone: 907-864-8100

RECEIVED
JUN 20 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Joseph Alexander Sledge,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anchorage Police Department,

State of Alaska,

(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. 3:25-CV-00131-SLG
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Joseph A. Sledge,
(print your name)
who presently resides at Goose Creek Correctional Center,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Anchorage Police Department__ is a citizen of
(name)
__Alaska__, and is employed as a __Police Officer__.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __State of Alaska__ is a citizen of
(name)
__Alaska__, and is employed as a __District Attorney__.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __N/A__ is a citizen of
(name)
_____, and is employed as a _____.
(state)                              (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **Febuary 2024**, my civil right to
**Due arrest, freedom from Jail and unusual punishment, Freedom of Association etc.**
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Anchorage Police Department**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

They Arrested me for false Charges brought upon by Hearsay and a Criminal Witness/Criminal Victim who IN fact should Have been Investigated and Questioned about false Accusations used for my Arrest There was NO case of facts I was Innocent!

Claim 2: On or about  February 2024 , my civil right to
(Date)
Acess to the Courts, Cruel and unusual punishment, freespech, freedom of religion
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom  etc...
from cruel and unusual punishment, etc. List only one violation.)

was violated by  State of Alaska / District Attorney
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I was Innocent in my case and they pursued charges against me that where false and unaccurate did not make sense and where uncredible and devoid of Merit, I was not stealing or assaulting Anyone!

Prisoner § 1983 - 4
PS01. Nov. 2013

Claim 3: On or about ___N/A___ , my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

N/A

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** \_\_\_\_ Yes \_\_\_\_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Joseph Alexander Sledge

Defendant(s): CO Buttons

Name and location of court: Federal Courthouse 222 W 7th Ave, Anchorage, AK

Docket number: 3:24-cv-00100-SLG   Name of judge: IDK

Approximate date case was filed: March 2025   Date of final decision: \_\_\_\_

Disposition: \_\_\_\_ Dismissed   \_\_\_\_ Appealed   _X_ Still pending

Issues Raised: Assault / Use of force

b. <u>Lawsuit 2</u>:

Plaintiff(s): Joseph Alexander Sledge

Defendant(s): Robert Hartlest (FBI)

Name and location of court: Federal Courthouse 222 W 7th Ave, Anchorage, AK

Docket number: 3:24-cv-00100-SLG   Name of judge: IDK

Approximate date case was filed: March 2025   Date of final decision: \_\_\_\_

Disposition: \_\_\_\_ Dismissed   \_\_\_\_ Appealed   _X_ Still pending

Issues Raised: Illegal Search and Seizure/ Civil Suit/ etc...

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

\_\_\_\_ Yes   _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
SD1, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _X_ Yes ___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: __I'm in prison with crazies__

Prisoner § 1983 - 7
PS01. Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 114,495.00

2. Punitive damages in the amount of $ 114,495.00

3. An order requiring defendant(s) to Cease and Desist operations

4. A declaration that I'M Innocent / Not Guilty

5. Other: USA Not Guilty Citizen

Plaintiff demands a trial by jury. _X_ Yes ___ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _____ on _____
(Location)                                                               (Date)

_____
(Plaintiff's Signature)

_____     _____
Original Signature of Attorney (if any)       (Date)

_____

Attorney's Address and Telephone Number

Joseph Alexander Disease JR G??????
Goose Creek Correctional Center
22301 W. Alsop Rd
Wasilla Alaska 99623-9621





Clerk of Court
United States District Court
District of Alaska
222 W 7th Avenue, Box #4
Anchorage, Alaska 99513-7564